AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PETITIONER,

Abraham Heredia-Oliva

JUDGMENT IN A CIVIL CASE

v.

RESPONDENT,

CASE NUMBER: 09-CV-0036-RHW

State of Washington

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition is DISMISSED for lack of personal jurisdiction, Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989), and as untimely under 28 U.S.C. § 2244(d).

April 29, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson